IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

| | |
|---|---|
| ERIC RUSSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | ) CASE NO.: 1:13-CV-3366-AT-GGB |
| | ) |
| Defendants. | ) |

NOTICE OF SERVICE

In accordance with LR 26.3(A), Plaintiff hereby gives notice of service of the following discovery materials on all counsel of record on December 16, 2013:

(X) Interrogatories to Equifax Information Services, LLC;

(X) Request for Documents to Equifax Information     Services, LLC;

(X) Interrogatories to Experian Information Solutions, Inc.

(X) Request for Documents to Experian Information Solutions, Inc.

Further, Plaintiff hereby gives notice of service of the following discovery materials on all counsel of record on January 15, 2014:

(X) Plaintiff's Initial Disclosures

1

Dated: January 15, 2013

Respectfully submitted,


s/ Micah S. Adkins
Micah S. Adkins (admitted *pro hac vice*)
BURKE HARVEY, LLC
2151 Highland Ave. South, Suite 120
Birmingham, AL  35205
Telephone:   205.747.1907
Facsimile:   205.930-9054
Email:          madkins@burkeharvey.com


s/ Christopher N. Armor
Christopher N. Armor (Georgia Bar No. 614061)
ARMOR LAW, LLC
303 Perimeter Center North, Suite 300
Atlanta, Georgia 30346
Telephone:   678-690-8489
Facsimile:   404-592-6102
E-mail:         chris.armor@armorlaw.com
*Representing Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January 2014, I served the foregoing document by electronically filing the same with the CM/ECF which will electronically notify the following counsel of record:

Barry Goheen
Ann Broussard
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

David H. Bouchard
Mary Ellen Robinson
Jones Day
1420 Peachtree Street
Suite 800
Atlanta, Georgia 30309

                                          s/ Micah S. Adkins
                                          Of Counsel

## CERTIFICATE OF COMPLIANCE

The undersigned certifies, pursuant to LR 5.1 C, that this document has been prepared in Times New Roman, 14 point, as approved by the Court.

                                          s/ Micah S. Adkins
                                          Of Counsel